No. 10–1427.  SCHUMACHER *v.* CLEMENTS, EXECUTIVE DIRECTOR, COLORADO DEPARTMENT OF CORRECTIONS, ET AL.  C. A. 10th Cir.  Certiorari denied.

No. 10–1428.  VALADEZ-MUNOZ *v.* HOLDER, ATTORNEY GENERAL.  C. A. 9th Cir.  Certiorari denied.

No. 10–1430.  TRULL *v.* SMOLKA ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 10–1431.  TIEN *v.* WACHOVIA BANK ET AL. (two judgments).  C. A. 11th Cir.  Certiorari denied.

No. 10–1432.  OKORO *v.* OLIVAS ET AL.  Ct. App. Cal., 1st App. Dist.  Certiorari denied.

No. 10–1433.  UNITED STATES STEEL CORP. *v.* UNITED STATES ET AL.; and
No. 10–1439.  NUCOR CORP. *v.* UNITED STATES ET AL.  C. A. Fed. Cir.  Certiorari denied.  Reported below: 621 F. 3d 1351.

No. 10–1434.  RUNDUS *v.* CITY OF DALLAS, TEXAS, ET AL.; and
No. 10–1435.  RUNDUS *v.* CITY OF DALLAS, TEXAS, ET AL.  C. A. 5th Cir.  Certiorari denied.  Reported below: 634 F. 3d 309.

No. 10–1436.  WALTZ *v.* UNITED STATES ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 10–1437.  LYON ET UX. *v.* AGUILAR ET AL.  C. A. 10th Cir.  Certiorari denied.

No. 10–1438.  YU NING *v.* TEXAS.  Ct. Crim. App. Tex.  Certiorari denied.

No. 10–1440.  HOUSE OF RAEFORD FARMS, INC. *v.* UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 10–1441.  FANOR *v.* ALVARADO ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 10–1442.  ABLARD *v.* CITY OF ALEXANDRIA, VIRGINIA.  Sup. Ct. Va.  Certiorari denied.